**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JOE HUNSINGER,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CIVIL ACTION NO. 3:26-CV-0558-X-BW** |
| **ALBERTSONS COMPANIES, INC.,** | : | |
| **Defendant.** | : | |

**DEFENDANT ALBERTSONS COMPANIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Albertsons Companies, Inc. ("Albertsons") hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

1. Plaintiff Joe Hunsinger filed his Complaint on February 2, 2026 [ECF No. 3].

2. Albertsons was served with a copy of the Complaint on February 24, 2026.

3. The current deadline for Albertsons to respond to Plaintiff Joe Hunsinger's Complaint is March 17, 2026. FED. R. CIV. P. 15(a)(3).

4. Albertsons respectfully requests a two-week extension time to respond to the Complaint, until and including March 31, 2026, while the parties attempt to resolve the dispute without the need for litigation.

5. Albertsons conferred with Plaintiff, who does not oppose the extension sought herein.

6. This extension is sought for good cause and not for purposes of delay.

7. This Motion was filed at the earliest practicable time, as the underlying counsel was just retained in this action.

WHEREFORE, Defendant Albertsons Companies, Inc. respectfully requests that this Court grant this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and extend the deadline for Albertsons to file a response to Plaintiff's Complaint until March 31, 2026.

DATED March 16, 2026.

Respectfully submitted,

*/s/ Shing Tse*

Shing Tse
Texas State Bar No. 24102582
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street NE, Suite 2200
Atlanta, Georgia 30309
Phone: 678.272.3200
Fax: 678.272.3211
Email: shing.tse@squirepb.com

***Attorneys for Defendant Albertsons Companies, Inc.***

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 12, 2026, Albertsons Companies, Inc.'s in-house counsel conferred with Plaintiff regarding the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and Plaintiff is unopposed to the requested extension.

*/s/ Shing Tse*
Shing Tse

**CERTIFICATE OF SERVICE**

I certify that on March 16, 2026, I served a true and correct copy of the foregoing document with the Clerk of Court by filing it with the Court's CM/ECF system, which will serve all parties to this matter.

*/s/ Shing Tse*
Shing Tse