**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF TEXAS**

Joe Hunsinger
Plaintiff Pro-Se’ Case No: **3-26-cv-00558-X-BW**

V.

ALBERTSONS COMPANIES INC.
Defendants

# NOTICE OF DISMISSAL

COMES NOW the Plaintiff, hereby stipulates to dismiss this civil action **with Prejudice**.

/S/ JOE HUNSINGER

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that service to Defendant or opposing counsel will be accomplished by the CM/ECF system or regular mail.

/S/ JOE HUNSINGER

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677